# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2022 NOV -4 A 11: 25

Inmate Identification Number: **318901**

**Robert Lee Brown Jr**
(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> It is your responsibility to notify the clerk in writing of any address change.
>
> Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

**Pelzer, Jeremy S**
**Hughes, Erle L**

5:22cv 1412 RDP

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )   No (✓)

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: _N/A_

         Defendant(s): _N/A_

2

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Limestone Correctional facility

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

C. If your answer is YES:
 1. What steps did you take? N/A
 2. What was the result? N/A

D. If your answer is NO, explain why not: Was not Giving A Chance To Ask an Process one.

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Robert Lee Brown Jr

Address Limestone Correctional facility 28779 Nick Davis Rd Harvest, AL, 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Hughes, Erle L
Is employed as Correctional officer
at Limestone Correctional facility

C. Additional Defendants Correctional officer (LT) Pelzer, Jeremy S At Limestone Correctional officer

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Pelzer Jeremy S (LT) At Limestone CO Center Report number LCF-22-00881-5 Administrative Regulation #403ᴬ Rule Violation # 916 Gathering In A Threatining or Intimidating manner. Officer Charged me Do To A (Do Process Violation) An (Doing Dead Time With No PaperWork showing Warden Signing off) with A month upon Released from Lock-up of me Doing.

4

Hughes, Erle L C.O At Limestone CO Center Report Number LCF-22-01038-2 Officer Charged me 906 Assult on Inmate Concluded An Investigation. Charged me on A false Assult on Inmate. Did 4 months on A false Charge Do To Racisim.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I Want The State & federal To Grant me $6,000 Do To Cruil An unusual Punishment Going Through Pain & Suffering Do To A Targged false Charge An Doing Dead Locked up Time Do To A Do Process Violation. In The Proceeding Time Limit

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16-22

Ralov Lev Bam Jr 31890/
SIGNATURE

ADDRESS Limestone CO Center
28779 Nick Davis Rd
Harvest, AL 35749
AIS # 318901